**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | WILLIAM T. BRIM, JR. |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 13-22202CMB |

Form 4100N
# Notice of Final Cure Payment                                              10/15

File a separate notice for each creditor.

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### Part 1: Mortgage Information

**Name of creditor:** MARINERS ATLANTIC PORTFOLIO LLC

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 1 5 0 6

**Property Address:** 608 LINCOLN AVE
MONROEVILLE PA 15146

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                                  Amount

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 26,407.52 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 26,407.52 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 26,407.52 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                                                           $ $434.00

The next postpetition payment is due on  8 / 1 / 2018
                                         MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N                              **Notice of Final Cure Payment**                              page 1

Debtor 1   **WILLIAM T. BRIM, JR.**                                    Case number *(if known)* **13-22202CMB**
Name

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour                                    Date  07/12/2018
Signature

Trustee    Ronda J. Winnecour

Address    CHAPTER 13 TRUSTEE WD PA
           600 GRANT STREET
           SUITE 3250 US STEEL TWR
           PITTSBURGH, PA  15219

Contact phone  (412) 471-5566              Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **WILLIAM T. BRIM, JR.** | Case number *(if known)* | **13-22202CMB** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 09/29/2014 | 0913107 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 5,816.81 |
| 10/29/2014 | 0917056 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 564.71 |
| 11/24/2014 | 0921760 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 564.89 |
| 12/22/2014 | 0925773 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 564.89 |
| 01/27/2015 | 0929893 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,436.35 |
| 02/24/2015 | 0933903 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 688.29 |
| 03/26/2015 | 0938024 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 672.81 |
| 04/24/2015 | 0942184 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 1,058.45 |
| 05/26/2015 | 0946249 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 684.42 |
| 06/23/2015 | 0950155 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 692.58 |
| 06/30/2015 | | US BANK NA | CREDITOR REFUND/PRINCIPLE | -684.42 |
| 07/28/2015 | 0952984 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 1,756.47 |
| 08/26/2015 | 0957029 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 670.46 |
| 09/28/2015 | 0960934 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 299.92 |
| 10/26/2015 | 0964893 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 1,420.84 |
| 11/24/2015 | 0969055 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 676.66 |
| 12/22/2015 | 0973066 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 676.66 |
| 01/26/2016 | 0977114 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 1,048.75 |
| 02/24/2016 | 0981045 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 676.66 |
| 03/28/2016 | 0985098 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 1,048.75 |
| 04/22/2016 | 0989298 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 681.31 |
| 05/24/2016 | 0993252 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 682.86 |
| 06/27/2016 | 1002012 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 1,056.50 |
| 07/26/2016 | 1005982 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 682.86 |
| 08/26/2016 | 1009979 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 1,056.50 |
| 09/27/2016 | 1014001 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 682.86 |
| 10/26/2016 | 1017875 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 668.90 |
| 11/21/2016 | 1021183 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 298.75 |
| 12/21/2016 | 1024483 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 262.03 |
| | | | | 26,407.52 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 09/26/2013 | 0862994 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,614.99 |
| 10/25/2013 | 0867107 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 483.21 |
| 11/22/2013 | 0871186 | OCWEN LOAN SERVICING LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 573.32 |
| 12/04/2013 | | OCWEN LOAN SERVICING LLC(*) | CONTINUING DEBT REFUND | -1,614.99 |
| 12/10/2013 | | OCWEN LOAN SERVICING LLC(*) | CONTINUING DEBT REFUND | -483.21 |
| 09/29/2014 | 0913107 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 6,738.89 |
| 10/29/2014 | 0917056 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 430.13 |
| 11/24/2014 | 0921760 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 430.13 |
| 12/22/2014 | 0925773 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 430.13 |
| 01/27/2015 | 0929893 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 430.13 |
| 02/24/2015 | 0933903 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 430.13 |
| 03/26/2015 | 0938024 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 445.61 |
| 04/24/2015 | 0942184 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 05/26/2015 | 0946249 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 06/23/2015 | 0950155 | US BANK NA | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 06/30/2015 | | US BANK NA | CONTINUING DEBT REFUND | -434.00 |
| 07/28/2015 | 0952984 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 868.00 |
| 08/26/2015 | 0957029 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 09/28/2015 | 0960934 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 10/26/2015 | 0964893 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 11/24/2015 | 0969055 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 12/22/2015 | 0973066 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 01/26/2016 | 0977114 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 02/24/2016 | 0981045 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 03/28/2016 | 0985098 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 04/22/2016 | 0989298 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 05/24/2016 | 0993252 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 06/27/2016 | 1002012 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 07/26/2016 | 1005982 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 08/26/2016 | 1009979 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 09/27/2016 | 1014001 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |

| Debtor 1 | **WILLIAM T. BRIM, JR.** | Case number *(if known)* | **13-22202CMB** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 10/26/2016 | 1017875 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 11/21/2016 | 1021183 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 12/21/2016 | 1024483 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 01/27/2017 | 1027951 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 02/24/2017 | 1031366 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 03/28/2017 | 1034803 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 04/21/2017 | 1038093 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 05/25/2017 | 1041375 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 06/27/2017 | 1044758 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 07/25/2017 | 1048081 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 08/25/2017 | 1051410 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 09/26/2017 | 1054741 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 10/25/2017 | 1058100 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 11/21/2017 | 1061371 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 12/21/2017 | 1064651 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 01/25/2018 | 1068091 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 02/23/2018 | 1071264 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 03/28/2018 | 1074460 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 04/24/2018 | 1077697 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 05/25/2018 | 1080955 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| 06/22/2018 | 1084101 | MARINERS ATLANTIC PORTFOLIO LLC | AMOUNTS DISBURSED TO CREDITOR | 434.00 |
| | | | | 26,834.47 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

WILLIAM T. BRIM, JR.
608 LINCOLN AVENUE
MONROEVILLE, PA  15146

GARY W SHORT ESQ
212 WINDGAP RD
PITTSBURGH, PA  15237

MARINERS ATLANTIC PORTFOLIO LLC
C/O SN SERVICING CORP
323 5TH ST*
EUREKA, CA  95501

MICHELLE R GHIDOTTI-GONSALVES ESQ
1920 OLD TUSTIN AVE
SANTA ANA, CA  92705


7/12/18                                          /s/ Renee Ward
                                                 _____
                                                 Administrative Assistant
                                                 Office of the Chapter 13 Trustee